UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CR11 CDP |
| ) | |
| TRAVIS S. BODDIE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant Travis S. Boddie has filed a pro se motion in this closed criminal case, asking that the case be dismissed because – he alleges – his right to a speedy trial was denied. Boddie pleaded guilty on May 10, 2005, thus waiving any claims that his pretrial rights were violated. The date of his plea was well within the limits under the Speedy Trial Act. Boddie has no basis for relief in this closed case.

**IT IS HEREBY ORDERED** that the pro se motion to dismiss [#36] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2005.